THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEXINGTON HOUSE, INC., Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Respondents.

Argued January 20, 1953; decided March 6, 1953.

*Alfred H. Hetkin* for appellant.

*Denis M. Hurley, Corporation Counsel (James J. McGowan* and *Morris Handel* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.